IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00732–WYD–KMT

A.A., a minor, by and through his Next Friend, JUANITA ARCHULETTA,

    Plaintiff,

v.

ALEX MARTINEZ, in his official capacity,
CORNELIUS FOXWORTH, in his individual capacity,
JAMIE NUSS, in her official capacity,
JOHN GOMEZ, in his official capacity,
TRINA SEEFELDT, in her individual capacity,
LORENZO SANDOVAL, in his individual capacity,
YANCY MOSELEY, in his individual capacity,
JOHN DOE, in his individual capacity, and
DANIEL ROBINSON, in his individual capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to File Second Amended Complaint" (Doc. No. 18, filed May 17, 2012) is DENIED without prejudice. Although the Federal Rules of Civil Procedure provide that a party may amend a pleading by leave of court, and that leave shall be given freely when justice so requires, Fed. R. Civ. P. 15(a), when seeking leave of the court to amend a complaint, the motion to amend must detail the proposed amendments and the reasons why such amendments are necessary. In addition, Plaintiff must attach the proposed amended complaint to the motion. Here, Plaintiff does not detail his proposed amendments, nor does he attach a proposed amended complaint to his motion. As a result, it is impossible to determine if the proposed amendments are permissible.

Dated: May 18, 2012