IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00732-WYD-KMT

A.A., a minor, by and through his Next Friend, JUANITA ARCHULETTA,

    Plaintiff,

v.

ALEX MARTINEZ, in his official capacity,
CORNELIUS FOXWORTH, in his individual capacity,
JAMIE NUSS, in her official capacity,
JOHN GOMEZ, in his official capacity,
LORENZO SANDOVAL, in his individual capacity;
YANCY MOSELEY, in his individual capacity,
JOHN DOE, in his individual capacity, and
"JOHN" ROBINSON, in his individual capacity,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss filed June 14, 2012.  The motion seeks to dismiss the case against Defendants Nuss, Gomez, and Robinson.  The Court, having reviewed the Motion and being fully advised in the premises,

ORDERS that the Stipulated Motion to Dismiss (ECF No. 35) is **GRANTED**. Defendants Jamie Nuss, John Gomez, and "John" Robinson are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.  Each party shall pay their own attorney fees and costs, if any.

Dated: June 15, 2012.

                                        BY THE COURT:


                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        CHIEF UNITED STATES DISTRICT JUDGE