IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  12-cv-00732-WYD-KMT

A.A., a minor, by and through his Next Friend, JUANITA ARCHULETTA,

    Plaintiff,

v.

ALEX MARTINEZ, in his official capacity,
CORNELIUS FOXWORTH, in his individual capacity,
LORENZO SANDOVAL, in his individual capacity;
YANCY MOSELEY, in his individual capacity, and
JOHN DOE, in his individual capacity,

    Defendants.

## ORDER

THIS MATTER is before the Court in connection with the Parties' Joint Stipulation for Dismissal with Prejudice of Plaintiff's Seventh and Eighth Claim for Relief Against Defendant Moseley filed on July 17, 2012, and the Joint Stipulation for Dismissal With Prejudice of Plaintiff's State/Common Law Claims Against Defendant Sandoval filed July 16, 2012.  The Court, having reviewed the Stipulations and being fully advised in the premises,

ORDERS that the Joint Stipulation for Dismissal with Prejudice of Plaintiff's Seventh and Eighth Claim for Relief Against Defendant Moseley (ECF No. 57) is **APPROVED**.  The Seventh and Eighth Claims for Relief against Defendant Moseley are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs related to these two claims.  In light of the foregoing, it is

ORDERED that Yancy Moseley's Motion to Dismiss Plaintiff's Seventh and Eighth Claims for Relief Against Defendant Moseley filed June 4, 2012 (ECF No. 30) and Plaintiff's Motion for Court to Accept Response to Defendant Moseley's Motion to Dismiss Out of Time (ECF No. 53) are **DENIED AS MOOT**.  It is

FURTHER ORDERED that the Joint Stipulation for Dismissal With Prejudice of Plaintiff's State/Common Law Claims Against Defendant Sandoval (ECF No. 55) is **APPROVED**.  The state/common law based claims for outrageous conduct and intentional infliction of emotional distress against Defendant Lorenzo Sandoval, contained in the Seventh and Eighth Claims for Relief, are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs related to these two claims.

Dated:  July 17, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge