IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-00732-WYD-KMT

A.A., a minor, by and through his Next Friend, JUANITA ARCHULETTA,

    Plaintiff,

v.

ALEX MARTINEZ, in his official capacity,
CORNELIUS FOXWORTH, in his individual capacity,
LORENZO SANDOVAL, in his individual capacity;
YANCY MOSELEY, in his individual capacity, and
JOHN DOE, in his individual capacity,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Joint Stipulation for Dismissal With Prejudice of Plaintiff's Claims Against Defendant Moseley and Defendant Sandoval filed February 25, 2013.  The Court, having reviewed the Motion and being fully advised in the premises,

ORDERS that the Joint Stipulation for Dismissal With Prejudice of Plaintiff's Claims Against Defendant Moseley and Defendant Sandoval (ECF No. 76) is **APPROVED**.  Defendants Yancy Moseley and Lorenzo Sandoval are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption, each party to pay their own attorney fees and costs.

Dated: February 26, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge