IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-00732-WYD-KMT

A.A., a minor, by and through his Next Friend, JUANITA ARCHULETTA,

 Plaintiff,

v.

ALEX MARTINEZ, in his official capacity,
CORNELIUS FOXWORTH, in his individual capacity, and
JOHN DOE, in his individual capacity,

 Defendants.

## ORDER OF DISMISSAL

 THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss filed September 5, 2013.  After a careful review of the motion and file, it is

 ORDERED that the Stipulated Motion for Dismissal (ECF No. 91) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear his or her own attorney fees and costs.  It is

 FURTHER ORDERED that Plaintiff's Motion for Leave to File Third Amended Complaint to Replace Doe filed June 12, 2013 (ECF No. 86) is **DENIED AS MOOT**.

 Dated:  September 6, 2013

             BY THE COURT:

             s/ Wiley Y. Daniel
             Wiley Y. Daniel
             Senior United States District Judge