IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-00732-WYD-KMT

A.A., a minor, by and through his Next Friend, JUANITA ARCHULETTA,

   Plaintiff,

v.

JOHN DOE, in his individual capacity,

   Defendant.

---

**ORDER**

---

This matter is before the Court on Plaintiff's Unopposed Request to Dismiss Case as to Defendant Doe filed on September 9, 2013.  Having reviewed the motion and being fully advised in the premises, it is

ORDERED that Plaintiff's Unopposed Request to Dismiss Case as to Defendant Doe (ECF No. 95) is **GRANTED**.  Defendant John Doe is **DISMISSED WITH PREJUDICE**, and this case is now terminated as all Defendants have been dismissed.

Dated:  September 9, 2013.

                              BY THE COURT:

                              /s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE